

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 1 15 CR 317 |
| | ) | CASE NO. |
| v. | ) | Title 18, Section 922(d)(1), |
| | ) | United States Code |
| KEVIN R. LUMPKIN, | ) | |
| | ) | JUDGE GAUGHAN |
| Defendant. | ) | |

COUNT 1

The Grand Jury charges:

Between on or about May 23, 2011, and on or about August 11, 2013, in the Northern District of Ohio, Eastern Division, Defendant, KEVIN R. LUMPKIN, knowingly sold and disposed of a firearm, to wit: a Hi-Point, .45 caliber rifle, serial number R07597, to C.K. (a real person known to the Grand Jury), knowing and having reasonable cause to believe that C.K. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT 2

The Grand Jury further charges:

Between on or about February 12, 2012, and on or about August 11, 2013, in the Northern District of Ohio, Eastern Division, Defendant, KEVIN R. LUMPKIN, knowingly sold and disposed of a firearm, to wit: a Ruger, model LCP, .380 caliber pistol, serial number 377-38841, to M.D. (a real person known to the Grand Jury), knowing and having reasonable cause to believe that M.D. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

                                               A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.